UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID ALLEN WHITE,

    Plaintiff(s),

v.

DEPARTMENT OF DEFENSE, et al.,

    Defendant(s).

NO. C09-607MJP

ORDER OF DISMISSAL

The above-entitled Court, having received and reviewed Plaintiff's Complaint for Injunctive Relief Under the Freedom of Information Act and Privacy Act (Dkt. No. 1), enters the following order:

IT IS ORDERED that this complaint is DISMISSED with prejudice under Federal Rule of Civil Procedure 12(b)(1) on the grounds that this Court has no subject matter jurisdiction over the allegations of which Plaintiff complains.

Plaintiff has filed a complaint seeking to have this Court order the Department of Defense, the Department of Justice, the FBI and the CIA to conduct thorough searches pursuant to Plaintiff's Freedom of Information Act requests on the following topics:

1.     God as "a super-intelligent artificial life form... of extraterrestrial origin" (¶ 7);

2.     Mind control by God which prohibits Plaintiff from doing things and forces Plaintiff to do things (¶ 11);

3.     Time machine "devices that allow a digital message, like an email, to be sent backward in time allowing a person or organization to predict the future..." (¶ 12).

A federal court may *sua sponte* dismiss a complaint for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) when the allegations within the complaint "are so

**ORDER OF DISMISSAL - 1**

1  attenuated and unsubstantial as to be absolutely devoid of merit, ... wholly insubstantial, ... obviously
2  frivolous, ... plainly unsubstantial, ... or no longer open to discussion." Hagans v. Lavine, 415 U.S.
3  528, 536-37 (1974) (internal citations and quotation marks omitted).  Plaintiff's complaint satisfies
4  those criteria, and neither the Court nor counsel for the government will further expend limited
5  resources in addressing it.

　　　　The clerk is directed to provide copies of this order to Plaintiff and all counsel of record.

　　　　Dated: May 12, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

**ORDER OF DISMISSAL - 2**